MEMORANDA

OF

CASES DECIDED DURING THE PERIOD EMBRACED IN THIS
VOLUME, WHICH ARE ORDERED NOT TO BE
REPORTED IN FULL.

---

## ALLEN V. THE STATE.

(Decided June 18, 1908.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. D. A. GREENE.

No counsel marked for appellant. ALEXANDER M. GARBER, Attorney General, for the State.

DOWDELL, J. Affirmed on the record.

TYSON, C. J., ANDERSON and McCLELLAN, JJ., concur.

---

## ALLISON, ET AL. V. STEELE.

(Decided June 30, 1908.)

APPEAL from Jackson Chancery Court.

Heard before Hon. W. H. SIMPSON.

VIRGIL BOULDEN, for appellant. JOHN B. TALLEY, for appellee.

McCLELLAN, J. Affirmed on the fact.

TYSON, C. J., DOWDELL and ANDERSON, JJ., concur.

---

## BLANKENSHIP V. THE STATE.

(Decided June 30, 1908.)

APPEAL from St. Clair Circuit Court.

Heard before Hon. A. H. ALSTON.

M. M. SMITH, and J. A. EMBRY, for appellant. ALEXANDER M. GARBER, Attorney General, for the State.

DENSON, J. Affirmed on the record.

TYSON, C. J., HARALSON and SIMPSON, JJ., concur.